

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:        Sean Michael McGuire v. The State of Texas

Appellate case number:   01-14-00240-CR

Trial court case number:   10-DCR-055898

Trial court:                         240th District Court of Fort Bend County

　　　　Appellant's Motion for Extension of time is **GRANTED, in part**.  This is appellant's third request for an extension.  Appellant's brief is due January 9, 2015.  No further requests for extension will be considered or granted if a brief is not filed by that date.

　　　　It is so ORDERED.


Judge's signature: /s/ Harvey Brown
　　　　　　　　☑ Acting individually     ☐ Acting for the Court


Date:  December 23, 2014